# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WILLIAM ASHTON WILLIS

VERSUS

TERRAL RIVERSERVICE, INC.,
XL SPECIALTY INSURANCE
COMPANY, STEVEN ADAMS,
GEORGE HARTSHORN, AND JOSH
EASTERLING

NO.   2021 CW 1589

**MARCH 14, 2022**

---

In Re:     William Ashton Willis, applying for supervisory writs,
           18th Judicial District Court, Parish of Pointe Coupee,
           No. 49329.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

   **WRIT DENIED.**

                          **GH**
                          **WRC**


   **Guidry, J.,** concurs and would decline to exercise
supervisory jurisdiction as the criteria set forth in **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981)(*per curiam*)are not met.


COURT OF APPEAL, FIRST CIRCUIT


_____
DEPUTY CLERK OF COURT
    FOR THE COURT